JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIEGO HABACU OSORIO HERNANDEZ,

               Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

               Respondents.

Case No. 5:26-cv-01681-CV-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is DENIED and the action is dismissed with prejudice.

DATED:  May 29, 2026

                                  *Cynthia Valenzuela*

                                  CYNTHIA VALENZUELA
                           UNITED STATES DISTRICT JUDGE